IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **05-17254**    U.S. District Court Case No. **Cv. No. 04-00203 SPK**

Short Case Title **Benjamin John Detroy vs. City and County of Honolulu, et al.**

Date Notice of Appeal Filed by Clerk of District Court **November 3, 2005**

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire at _10_ o'clock and _4_ min. _A_ M |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
| 9-30-05 | ESR | Pre-Trial Proceedings at _12_ o'clock and _50_ min. _P_ M |
|  |  | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **12-6-05**    Estimated date for completion of transcript _____

Print Name of Attorney **Richard D. Gronna**    Phone Number **(808) 523-2441**

Signature of Attorney _[signature]_

Address **820 Mililani Street, Suite 502, Honolulu, HI 96813**

SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) _____ have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed **01/09/06**    Court Reporter's Signature _[signature]_

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

**Sue Beitia**    _01/11/06_ BY: _[signature]_
(U.S. District Court Clerk)    (date)    DEPUTY CLERK