# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 14, 2007

To: United States Court of Appeals  Attn: (✓) Civil
      For the Ninth Circuit
      Office of the Clerk                    ( ) Criminal
      95 Seventh Street
      San Francisco, California 94103   ( ) Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:     CV 04-00203SPK     Appeal No:   05-17254

Short Title:   Detroy vs. City & County of Honolulu

Clerk's Files in    2    volumes (✓) original ( ) certified copy

Bulky docs                    volumes (folders) docket #

Reporter's Transcripts          volumes ( ) original ( ) certified copy

Exhibits                      volumes ( ) under seal

                             boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: one sealed envelope

Acknowledgment: _____ Date: _____

cc: counsel