```
INTERNAL USE ONLY: Proceedings include all events.
05-17254 Detroy v. City & County of Hon, et al

BENJAMIN JOHN DETROY                    Richard D. Gronna, Esq.
     Plaintiff - Appellant              FAX 808/521-4800
                                        808/523-2441
                                        Ste. 502
                                        [COR LD NTC ret]
                                        LAW OFFICES OF RICHARD D.
                                        GRONNA
                                        Haseko Center
                                        820 Mililani St.
                                        Honolulu, HI 96813

     v.

CITY AND COUNTY OF HONOLULU, a          Richard D. Lewallen, Esq.
municipal corporation                   FAX 808/527-5633
     Defendant - Appellee               808/523-4859
                                        Suite 110
                                        [COR LD NTC cc]
                                        Deputy Corporation Counsel
                                        530 S. King Street
                                        Room 110
                                        Honolulu, HI 96813

HONOLULU POLICE DEPARTMENT              Richard D. Lewallen, Esq.
     Defendant - Appellee               (See above)
                                        [COR LD NTC cc]

LEE DONAHUE, Chief of Police            Richard D. Lewallen, Esq.
     Defendant - Appellee               (See above)
                                        [COR LD NTC cc]

JONATHAN WONG                           Richard D. Lewallen, Esq.
     Defendant - Appellee               (See above)
                                        [COR LD NTC cc]

DOES, 1-30, inclusive                   No appearance
     Defendant - Appellee               No appearance
```