# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 14, 2007

To:  United States Court of Appeals  Attn: (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk           ( )  Criminal
     95 Seventh Street
     San Francisco, California 94103  ( )  Judge

**RECEIVED**
CLERK U.S. DISTRICT COURT
NOV 26 2007
DISTRICT OF HAWAII

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 04-00203SPK           Appeal No:   05-17254 (came back to us)

Short Title:  Detroy vs. City & County of Honolulu

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes ( ) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: one sealed envelope

**FILED**
MAY 16 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Acknowledgment: S. DAVIS                    Date: _____

cc: counsel